# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MING WEI, | : | 1:11-cv-688 |
| Plaintiff, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.,* | : | |
| | : | |
| Defendants. | : | |

# ORDER

**March 28, 2019**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. This Court's Order dated March 27, 2017 (Doc. 344) wherein we adopted Magistrate Judge Schwab's Report and Recommendation (Doc. 321) in its entirety, thereby granting in part and denying in part the Defendants' Motion for Summary Judgment is **VACATED** to the extent we are reconsidering our ruling with respect to the Defendants' Motion for Summary Judgment. Our Order remains intact to the extent we denied Plaintiffs' motions for a default judgment and for sanctions.

2. The Report and Recommendation (Doc. 321) is **ADOPTED IN PART** and **REJECTED IN PART** to the following extent:

a. The Defendants' Motion for Summary Judgment (Doc. 298) is **GRANTED** in its entirety for the reasons stated in the accompanying Memorandum.

3. The parties motions *in limine* (Docs. 376, 381, 383) are **DISMISSED AS MOOT.**

4. The Plaintiffs' Seventh Motion for Sanctions (Doc. 411) is **SUMMARILY DENIED**.

5. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III  
John E. Jones III  
United States District Judge